UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

|  |  |
|---|---|
|  | ) |
|  | ) **1:14-CV-1703-SEB-DKL** |
| ANN ROBBINS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| vs. | ) |
|  | ) |
| MED-1 SOLUTIONS, LLC, | ) |
|  | ) |
| Defendant. | ) |

**STATEMENT OF CORPORATE OWNERSHIP**

Comes now Med-1 Solutions, LLC, by counsel, pursuant to Local Rule 7.2, and states that no corporation directly or indirectly owns 10% or more of any class of its equity interests.

Respectfully submitted,


/s/Richard R. Huston
Richard R. Huston, IN Atty # 16754-49
Attorney for Defendant
Med-1 solutions, LLC


**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2014, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECT system which sent notification of such filing to the following.

Robert E. Duff
Indiana Consumer Law Group
The Law Office of Robert E. Duff
Robert@RobertDuffLaw.Com


/s/ Richard R. Huston (16754-49)
Richard R. Huston
MED-1 Solutions, LLC
517 U.S. Highway 31 North
Greenwood, IN 46142
(317)883-5640