UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANN ROBBINS,<br><br>    Plaintiff,<br><br>v.<br><br>MED-1 SOLUTIONS, LLC,<br><br>    Defendant. | CASE NO.   1:14-cv-1703-TAB-SEB |

## ORDER

The parties have moved for a thirty-day enlargement of time to file dispositive motions. The Court, being duly advised, now finds that the motion should be granted. Dispositive motions in this matter shall be filed on or before July 29, 2019.

Dated:  7/3/2019

_____

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Served electronically on all counsel of record via ECF