## MED-1 SOLUTIONS, LLC. v. ANN ROBBINS

| | |
|---|---|
| Case Number | 49D04-1502-CC-004865 |
| Court | Marion Superior Court, Civil Division 4 |
| Type | CC - Civil Collection |
| Filed | 02/13/2015 |
| Status | 03/27/2018 , Decided |
| Reference | Original County Cause Number 49K031407SC003946 |

## Parties to the Case

**Defendant**   ROBBINS, ANN MARIE

<u>Attorney</u>
Robert E Duff
*#1639206, Retained*

Indiana Consumer Law Group
The Law Office Of Robert E Duff
P.O. Box 7251
Fishers, IN 46037
800-817-0461(W)

**Plaintiff**   MED-1 SOLUTIONS, LLC.

<u>Attorney</u>
Francis R Niper
*#2029249, Retained*

517 US Highway 31 N
Greenwood, IN 46142
317-883-5600(W)

## Chronological Case Summary

**02/13/2015  Case Opened as a New Filing**

**02/17/2015  Administrative Event**
JACKET ENTRY: REPLEAD LETTER MAILED TO ATTORNEY NIPER AND DEFENDANT ROBBINS.

| File Stamp: | 02/17/2015 |
|---|---|

**03/05/2015  Service Issued**
SUMMONS - SERVICE FEE PAID

| Serve To: | ROBBINS, ANN MARIE |
|---|---|

**03/05/2015  Appearance Filed**

| Attorney: | Melton, Shannon Lowell |
|---|---|
| For Party: | MED-1 SOLUTIONS, LLC. |
| File Stamp: | 03/05/2015 |

| Date | Event | | |
|---|---|---|---|
| 03/05/2015 | **Complaint/Equivalent Pleading Filed** | | |
| | PLAINTIFF'S COMPLAINT FOR DAMAGES. | | |
| | Against: | ROBBINS, ANN MARIE | |
| | Filed By: | MED-1 SOLUTIONS, LLC. | |
| | File Stamp: | 03/05/2015 | |
| 03/09/2015 | **Administrative Event** | | |
| | JACKET ENTRY: COMPLAINT REPLEAD. | | |
| | File Stamp: | 03/06/2015 | |
| 03/19/2015 | **Service Returned Not Served** | | |
| | NF3, unable to serve gated community at 8118 Brookmont Ct Unit 101 - J8657 | | |
| | Pty Not Svd: | ROBBINS, ANN MARIE | |
| 05/06/2015 | **Certified Mail Returned** | | |
| | ALIAS SUMMONS SERVED TO ANN MARIE ROBBINS SIGNED | | |
| | Date Signed: | 05/04/2015 | |
| 05/29/2015 | **Appearance Filed** | | |
| | FILED PURSUANT TO TRIAL RULE 5F. | | |
| | Attorney: | Duff, Robert E | |
| | For Party: | ROBBINS, ANN MARIE | |
| | File Stamp: | 05/27/2015 | |
| 05/29/2015 | **Answer to a Complaint Filed** | | |
| | FILED PURSUANT TO TRIAL RULE 5F. | | |
| | Filed By: | ROBBINS, ANN MARIE | |
| | File Stamp: | 05/27/2015 | |
| 06/01/2015 | **Motion for Default Judgment Filed** | | |
| | Filed By: | MED-1 SOLUTIONS, LLC. | |
| | File Stamp: | 05/29/2015 | |
| 06/04/2015 | **Motion Filed** | | |
| | MOTION TO WITHDRAW DEFAULT JUDGMENT REQUEST. | | |
| | Filed By: | MED-1 SOLUTIONS, LLC. | |
| | File Stamp: | 06/04/2015 | |
| 06/16/2015 | **Administrative Event** | | |
| | JACKET ENTRY: PLAINTIFF'S MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT GRANTED. | | |
| | File Stamp: | 06/08/2015 | |
| 06/16/2015 | **Order Granting** | | |
| | MOTION TO WITHDRAW MOTION FOR DEFAULT JUDGMENT. | | |
| | Judicial Officer: | Ayers, Cynthia J | |
| | Order Signed: | 06/08/2015 | |
| 02/08/2016 | **Motion to Withdraw Appearance Filed** | | |
| | Filed By: | Melton, Shannon Lowell | |
| | File Stamp: | 02/08/2016 | |

| Date | Event | |
|---|---|---|
| 02/09/2016 | **Order Granting Motion to Withdraw Appearance** | |
| | Per order and jacket entry. Parties notified | |
| | Judicial Officer: | Ayers, Cynthia J |
| | Order Signed: | 02/08/2016 |
| 03/26/2018 | **Motion to Dismiss Filed** | |
| | Trial Rule 41(E) Motion to Dismiss | |
| | Filed By: | ROBBINS, ANN MARIE |
| | File Stamp: | 03/24/2018 |
| 03/27/2018 | **Hearing Scheduling Activity** | |
| | Hearing on Motion to Dismiss scheduled for 05/22/2018 at 3:30 PM. | |
| 03/27/2018 | **Order Granting Motion to Dismiss** | |
| | Judicial Officer: | Caudill, Burnett - MAG |
| | Noticed: | MED-1 SOLUTIONS, LLC. |
| | Noticed: | ROBBINS, ANN MARIE |
| | Noticed: | Niper, Francis R |
| | Noticed: | Duff, Robert E |
| | Order Signed: | 03/26/2018 |
| 03/28/2018 | **Automated ENotice Issued to Parties** | |
| | Hearing Scheduling Activity ---- 3/27/2018 : Francis R Niper;Robert E Duff Order Granting Motion to Dismiss ---- 3/27/2018 : Francis R Niper;Robert E Duff | |
| 05/22/2018 | **Hearing on Motion to Dismiss** | |
| | Session: | |
| | 05/22/2018 3:30 PM, Judicial Officer: Caudill, Burnett - MAG | |
| 05/22/2018 | **Administrative Event** | |
| | DEFENDANT B/C PLAINTIFF FTA ON 41e hearing. Motion to Dismiss granted. B. Caudill, Magistrate | |
| 05/24/2018 | **Order Issued** | |
| | Judicial Officer: | Caudill, Burnett - MAG |
| | Order Signed: | 05/22/2018 |
| 05/25/2018 | **Automated ENotice Issued to Parties** | |
| | Order Issued ---- 5/24/2018 : Francis R Niper;Robert E Duff | |

# Financial Information

\* Financial Balances reflected are current representations of transactions processed by the Clerk's Office. Please note that any balance due does not reflect interest that has accrued – if applicable – since the last payment. For questions/concerns regarding balances shown, please contact the Clerk's Office.

## MED-1 SOLUTIONS, LLC.
Plaintiff

### Balance Due (as of 06/22/2019)
0.00

### Charge Summary

| Description | Amount | Credit | Payment |
|---|---|---|---|
| Court Costs and Filing Fees | 141.00 | 0.00 | 141.00 |

### Transaction Summary

| Date | Description | Amount |
| --- | --- | --- |
| 02/13/2015 | Transaction Assessment | 141.00 |
| 02/13/2015 | Mail Payment | (141.00) |